No. 80–776.  SHORT *v.* KITTRELL.  C. A. 5th Cir.  Certiorari denied.

No. 80–779.  CONCERNED JEWISH YOUTH *v.* McGUIRE, POLICE COMMISSIONER OF NEW YORK CITY, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 80–785.  CERTAIN UNINDICTED INDIVIDUALS AND CORPORATIONS *v.* UNITED STATES ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 80–786.  RASHKIND, ASSISTANT STATE PROSECUTING ATTORNEY, 11TH JUDICIAL CIRCUIT OF FLORIDA *v.* MARRERO ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 80–804.  SILVERMAN, ADMINISTRATRIX *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 80–809.  LITTON SYSTEMS, INC. *v.* LUNDY.  C. A. 5th Cir.  Certiorari denied.

No. 80–814.  SAFEWAY STORES, INC. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 9th Cir.  Certiorari denied.

No. 80–818.  REDDING ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 7th Cir.  Certiorari denied.

No. 80–819.  BRISTOL SPRING MANUFACTURING Co. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 80–820.  MANKA ET AL. *v.* MARTIN ET AL.  Sup. Ct. Colo.  Certiorari denied.